```
                                               FILED
                                        U.S. DISTRICT COURT
                                        DISTRICT OF COLORADO

                                        2008 FEB -5 PM 1:50
```

UNITED STATES DISTRICT COURT     GREGORY C. LANGHAM
                                        CLERK
DISTRICT OF COLORADO

BY_____DEP. CLK

To:        Honorable Edward W. Nottingham,
Address:   United States District Court, District of Colorado
           901 19th st. Denver, CO. 80294


Docket No. 98-CR-468-N

February 3, 2008


Dear Honorable Judge Nottingham:

   Your Honor, This letter is being written to you in the hopes of receiving an early release from Supervised Probation. I was sentenced in 1999 to 33 months concurrent with Pitkin County case #98-CR-38, for false statement on Federal Tax Return; based on good behaviour this was completed in July of 2001. The 2 years of Supervised Release (probation) to commence upon my release from custody with the State. This occurred on Aug. 24th, 2006. I was assigned to Carrie Kent of the Untied States Probation Office and have diligently complied with all her request. I have no further obligations to complete and have had been an exemplary client.

   Ms. Kent wanted to recommend me to early release, but due to some enhancements on my sentencing guide lines she was unable to file for early release. When she stopped by to check in last month she recommended that I write to you and ask for an early release.

   Ms. Kent said I was a good client for early release, but due to her guidelines she could not commence the process. She thought with the approval from Judge Nottingham I could receive early release.

- 1

Thereby I am writing to you seek an early release from supervised probation. I have served nearly 18 months of the 2 year sentence. I work and spend my free time with my children. My husband left me in 2001, and returned to North Carolina where his family lives, he was tired of waiting for me. My daughter, now 18 is a freshman at CU Boulder. My parents have assisted me in establishing a home in the boulder area. My son, a straight "A" student, lives in North Carolina with his father. Ms. Kent has allowed me to visit him there. I enjoy his visits here for holidays and during the summer months with me.

Thank you very much for taking the time to read this letter and considering me for early release from supervised probation. Please contact Carries Kent at the United States Probation office with any questions or request of me.

Additionally, I have attached a copy if sentencing papers for your review.

Respectfully submitted this 3rd day of February 2008.

Lynda Fratis Handley

Boulder, CO. 80301

Cc: Carrie Kent

Attachments


COPY



**U.S. Department of Justice**

Federal Bureau of Prisons

*North Central Regional Office*

---

*Tower II, 8th Floor*
*400 State*
*Kansas City, KS 66101-2421*

July 5, 2001

Denver Women's Correctional Center
ATTN: Records
P. O. Box 392005
Denver, Colorado

RE: Handley, Lynda Fratis
YOUR: **ID #100170**   OUR:   Register No: 28605-013

Dear Sir/Madam:

Ms. Handley will complete service of her federal sentence on . We have asked the U.S. Marshals Service to remove the federal detainer effective that date.

Ms. Handley has a term of 2 years' Supervised Release to follow her release from your sentence. Please notify the **U.S. Probation Office** in writing at the below noted address at least 30 days prior to release from your custody. Also, please provide the enclosed copy of this letter to Ms. Handley, as she must report to the U.S. Probation Office within 72 hours of release from your custody.

U.S. Probation Office
1961 Stout Street, Suite 525
Denver, Colorado 80294

Thank you in advance for your cooperation in this matter.

Sincerely,

Leon Vollmecke
Inmate Systems Specialist

cc: U.S. Probation
    Inmate

PROB 7A
(4/96-D/CO)

Conditions of Probation and Supervised Release

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

To:      Lynda Fratis Handley                                     Docket No. 98-CR-468-N
Address: 116 West Woodland Drive
         Sanford, Florida 32773

Under the terms of your sentence, you have been placed on **probation/supervised release** by The Honorable Edward W. Nottingham, United States District Judge for the District of Colorado. Your term of supervision is for a period of _____2_____ years commencing **the date of sentencing** _____ /upon release from confinement.

While on supervision, you shall not commit another Federal, state, or local crime and shall not illegally possess a controlled substance.

For offenses committed on or after September 13, 1994:

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic tests thereafter, as directed by the probation officer.

[X]   The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable).

The defendant shall comply with the standard conditions (set forth below) as adopted by this Court.

CHECK IF APPROPRIATE:

[ ]   As a condition of supervision, you are instructed to pay a fine in the amount of $_____ ; it shall be paid in the following manner: _____

[ ]   As a condition of supervision, you are instructed to pay restitution in the amount of $_____ to _____
      _____ ; it shall be paid in the following manner:

[X]   The defendant shall not possess a firearm or destructive device. Probation must be revoked for possession of a firearm.

[X]   The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

**It is the order of the Court that you shall comply with the following standard conditions:**

(1)   You shall not leave the judicial district without permission of the Court or probation officer;

(2)   You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month;

(3)   You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

(4)   You shall support your dependents and meet other family responsibilities;

(5) You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;

(6) You shall notify the probation officer ten days prior to any change of residence or employment;

(7) You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

(8) You shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

(9) You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

(10) You shall permit a probation officer to visit at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

(11) You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

(12) You shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the Court;

(13) As directed by the probation officer, you shall notify third parties of risks that may be occasioned by your criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm your compliance with such notification requirement;

(14) You shall provide the probation officer with access to any requested financial information.

**The special conditions ordered by the Court are as indicated below:**

**To be initialed by the defendant and the Probation Officer**

_____ _____ [ ]  The defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.

_____ _____ [ ]  The defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

_____ _____ [ ]  The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the installment payment schedule.

_____ _____ [ ]  The defendant shall participate in a program of testing and treatment for **drug/alcohol** abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. The defendant will be required to pay the cost of treatment as directed by the probation officer.

_____ _____ [ ]  The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

_____ _____ [ ]  The defendant shall perform _____ hours of community service as directed by the probation officer.

_____ _____ [ ]  The defendant shall be placed on home detention for a period of _____ months, to commence within 10 days of **sentencing/release from imprisonment.** During this time, the defendant shall remain at **his/her** place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at **his/her** place of residence without any special services, modems, answering machines, or cordless telephones for the above period. The defendant shall wear an electronic device and shall observe the rules specified by the Probation Department. The defendant will be required to pay the cost of electronic monitoring as directed by the probation officer.

___  ___  [ ]     The defendant shall reside in a community corrections center for a period of _____ months to commence on _____, and shall observe the rules of that facility.

___  ___  [ ]     If defendant is deported, **he/she** shall not re-enter the United States illegally. If defendant re-enters the United States legally, **he/she** is to report to the nearest U.S. Probation Office within 72 hours of **his/her** return.

___  ___  [ ]

___  ___  [ ]

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision or (2) extend the term of supervision and/or modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions, and have been provided a copy of them.

|  |  |  |
|---|---|---|
| Form report due between the 1st and 5th days of each month; otherwise, as instructed by the Probation Officer | (Signed) _____<br>Defendant<br><br>_____<br>U.S. Probation Officer/Designated Witness | 4/9/99<br>Date<br><br>4/9/99<br>Date |

```
NCRS7   540*23  *           SENTENCE MONITORING           *    05-18-1999
PAGE 001         *            COMPUTATION DATA            *    15:02:59
                              AS OF 05-18-1999

REGNO..: 28605-013 NAME: HANDLEY, LYNDA FRATIS


FBI NO............: 227820HB8           DATE OF BIRTH: 03-20-1964
ARS1..............: NCR/A-STCONCUR
UNIT..............:                     QUARTERS.....:
DET/NOTIF RMK.....: NO                  NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  08-29-2001 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: COLORADO
DOCKET NUMBER....................: 98-CR-468-N
JUDGE............................: NOTTINGHAM
DATE SENTENCED/PROBATION IMPOSED.: 04-09-1999
DATE COMMITTED...................: 05-18-1999
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                   FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.:    $50.00          $00.00           $00.00        $00.00

RESTITUTION...:    PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00

--------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  193
OFF/CHG: 26 U.S.C. 7206(1) FALSE STATEMENT ON FEDERAL INCOME TAX RETURN

  SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    33 MONTHS
  TERM OF SUPERVISION.............:     2 YEARS
  DATE OF OFFENSE.................: 10-10-1996




G0002         MORE PAGES TO FOLLOW . . .
```



L. Frudis-Handley
6175 Habitat dr. #1072
Boulder Co. 80301

Docket # 98-CR-468-N

Alfred A. Arraj United States Courthouse
901 19th St.
Denver, CO. 80294

Attn: Honorable Judge Nottingham