PROB 12
(02/05-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. LYNDA FRATIS HANDLEY    Docket Number: 98-cr-00468-EWN-01

**Petition on Supervised Release**

COMES NOW, Carrie Kent, probation officer of the court, presenting an official report upon the conduct and attitude of Lynda Fratis Handley, who was placed on supervision by the Honorable Edward W. Nottingham sitting in the court at Denver, Colorado, on the 9th day of April, 1999, who fixed the period of supervision at two (2) years, and imposed the general terms and conditions theretofore adopted by the court.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

The defendant has complied with the terms and conditions of supervised release and is no longer in need of supervision.

PRAYING THAT THE COURT WILL ORDER: (1) that the probation officer be authorized to serve this petition on the United States; (2) that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of probation; and (3) that, if the United States does not file a timely objection, the defendant be discharged from supervised release and the proceedings in the case be terminated.

ORDER OF THE COURT

Considered and ordered this 10th day of March, 2008, and ordered filed and made a part of the record in the above case.

I declare under penalty of perjury that the foregoing is true and correct.

s/ Carrie Kent
Carrie Kent
U.S. Probation Officer

s/ Edward W. Nottingham
Edward W. Nottingham
Chief U.S. District Judge

Place: Denver, Colorado

Date: March 3, 2008